| | | |
|---|---|---|
| | **United States District Court** | **FILED** |
| | Western District of Texas | Apr 29 2024 |
| | El Paso Division | Clerk, U.S. District Court |
| | | Western District of |
| | | Texas |
| | | By: _____MG_____ |
| | | Deputy |

UNITED STATES OF AMERICA §
§
vs. § No: EP:23-CR-02030(1)-FM
§
**(1) PABLO VALLE DIAZ** §
§
§

*Defendant*

## ORDER APPOINTING COUNSEL

This case was referred to this court by Senior Judge Frank Montalvo for appointment of new counsel to represent the Defendant on appeal.

It is therefore ORDERED that Jose Montes shall be appointed to represent the Defendant on appeal.

It is, accordingly, so **ORDERED** this **29th day of April, 2024.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE